# The DeLORENZO LAW FIRM, LLP
### (518) 374-8494  Fax: (518) 374-5906
### 1-800-INJURED (465-8733)

THOMAS E. DeLORENZO ■*† ◊
PAUL E. DELORENZO†▲
---

MARK A. MYERS ◊
CORY R. DALMATA

201 Nott Terrace
Schenectady, New York 12307
www.delolaw.com

■ ADMITTED TO PRACTICE -UNITED STATES SUPREME COURT
*ALSO ADMITTED IN WASHINGTON D.C.

◊MEMBER AMERICAN ASSOCIATION FOR JUSTICE formerly known
as the ASSOCIATION OF TRIAL LAWYER'S of AMERICA

†MEMBER NEW YORK STATE TRIAL LAWYERS' ASSOCIATION
▲MEMBER OF THE NEW YORK STATE BAR ASSOCIATION
COMMITTEE ON PROFESSIONAL DISCIPLINE

Karyl Balle, Paralegal and Office Manager
Denise Druzba, Paralegal

Service not accepted by
facsimile

June 22, 2010

Honorable Gary L. Sharpe
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York  12207-2974

    RE:    Cuevas v. American New York Cleaning & Restoration, Ltd.
              10-CV-0660

Dear Judge Sharpe:

Please accept this letter as my response to my adversary's motion to dismiss returnable on August 5, 2010.

I consent to the dismissal since I am satisfied that the defendant did not have 15 or more employees for each working day in each or 20 or more calendar weeks; therefore, I will be filing a claim in State Court.

                          Respectfully submitted,

                          s/Thomas E. DeLorenzo

                          THOMAS E. DeLORENZO

TED/dmd
43717\l2judge.doc

### *"Because It's All About Trust"*
### 1-800-INJURED

The court grants the consent to the dismissal without prejudice and the court directs the clerk to close the case.

Dated:   June 28, 2010
         Albany, New York

_____
Gary L. Sharpe
U.S. District Judge